THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 William Charles
 Klein, Appellant.
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-369
 Submitted July 1, 2008  Filed July 11,
2008     

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Deputy
 Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr.,
 Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  William
 Charles Klein appeals the revocation of his probation.  He argues the trial
 court erred in allowing his ex-wife to testify regarding matters unrelated to
 his probation revocation.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Kleins appeal and grant counsels motion to be relieved.   
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J, concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.